### 927.  BUTTS *v.* BANK OF SPARTA.

HILL, C. J.  This case is controlled by the decision this day rendered in *Bank of Sparta* v. *Butts*, ante (61 S. E. 298).

*Judgment affirmed.*

Trover, from city court of Sparta—Judge Little.  December 14, 1907.

Submitted February 17,—Decided May 7, 1908.

W. H. Burwell, for plaintiff in error.  *R. L. Merrill,* contra.